AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

PETER C. HANSEN,

            Plaintiff,

V.

                       **JUDGMENT IN A CIVIL CASE**

                       CASE NUMBER: **3:10-cv-00110-RCJ-VPC**

MARK MALLOY, et al.,

            Defendants.

**___**    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**___**    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**_X_**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (Docket No. 29) is GRANTED.  Judgment is hereby entered in favor of Defendants and against Plaintiff.

   __August 3, 2011__                     **LANCE S. WILSON**
                                         Clerk

                             __/s/ Katie Lynn Ogden__
                                     Deputy Clerk